UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1398
_____

UNITED STATES OF AMERICA

v.

QUINTRELL REYNOS,

Appellant

(E.D. Pa. No. 09-cr-00618-002)

Present:  McKEE, <u>Chief Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENWAY, Jr., and VANASKIE, <u>Circuit Judges</u>

**ORDER**

Upon further consideration and argument, IT IS HEREBY ORDERED that e*n banc* consideration was improvidently granted.  Accordingly, the opinion and judgment entered May 22, 2012 for the above captioned case are hereby reinstated.

By the Court,


<u>/s/ Theodore A. McKee</u>
Chief Judge


Dated:  November 21, 2012
trg/cc:  Joseph T. Labrum, III, Esq.
       Robert A. Zauzmer, Esq.
       Megan S. Scheib, Esq.